Case 1:09-cv-01923-RDB   Document 2   Filed 07/27/2009   Page 1 of 6

USFED.COURT.COPY

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 JUL 27 P 2:44

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| MICHAEL ROSNER: PRO SE Plaintiff, | IN THE UNITED STATES |
| --- | --- |
| 1207 KINGSBURY ROAD OWINGS MILLS, MD 21117 | DISTRICT COURT OF MARYLAND |
| Vs | |
| HON. JUDGE JOHN FADER II, ETAL : Defendant | Case Number **09-cv-1923** |
| Individually and in Official Capacity BALTIMORE COUNTY CIRCUIT COURT 401 BOSLEY AVENUE TOWSON, MD 21204 | |
| "Et Al" Defendants: State of MD, Judge Robert M Bell, Judge John Turnbull II, Gordon Feinblatt Rothman Hoffberger & Hollander, LLC, Herbert Goldman, Sheila K. Sachs, Judge Pamela Lee North, Judge William C. Mulford II | |

## PRO SE PLAINTIFF'S EMERGENCY MOTION TO MOVE
## MD COURT OF SPECIAL APPEALS COURT CASE #30 SEPT 2009 TO
## US FEDERAL DISTRICT COURT OF MD

5

The pro se plaintiff is motioning for the Baltimore County Circuit Court Case # 03-C-08-011332 "Rosner vs Sessa", currently in the Maryland Court of Special Appeals as case # 30 Sept 2009 to be moved to the United States Federal District Court of Maryland due to conflict-of-interest recusal requirements with respect to MD Court of Appeals Chief Judge Robert M Bell and the other defendant

10  judges, the pro se plaintiff being refused to be able to obtain state documents through the subpoena process, and that the rulings in the MD Court of Special Appeals could conflict with the US Federal District Court of Maryland's rulings. The pro se plaintiff/appellant's Brief for the Court of Special Appeals is due on August 03, 2009, which makes this motion time dependant.

15   **BACKGROUND SUMMARY**

ORIGINAL COPY

MR 7/27/2009

The Hon. Judge John F. Fader II (retired, specially assigned) has an Alter-ego conflict-of-interest relationship with Sheila K. Sacks who is a member/partner/owner of Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC, a defendant in the Baltimore County Circuit Court [BCCC] case #03-c-08-011332 "Michael Rosner VS Thomas J Sessa AND Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC."

**DETAILS**

1) Conflict-of-interest recusal requirements with respect to MD Court of Appeals Chief Judge Robert M Bell and the other defendant judges

The US Constitution, the Maryland Constitution, the Supreme Court decision, "CAPERTON ET AL. v. A. T. MASSEY COAL CO., INC., ET AL.", and the Maryland judicial ethics opinion 2005-21 all state that if there seems to be a conflict of interest, the judges must recuse themselves for a fair trial.

The pro se plaintiff is suing MD Court of Appeals Chief Judge Robert M Bell and the other defendant judges. The judges of the Court of Special Appeals are all under the supervision of Chief Judge Bell. All of the judges also have conflict-of-interest with the other judges who are defendants. The pro se plaintiff is not stating that the judges are going to be unfair because of these relationships, but that the relationships create a situation that could **seem** that their rulings were not fair.

Even if the CSA judges are going to rule in favor of the pro se plaintiff, the pro se plaintiff feels that the recusal is required without respect to a favorable ruling. The next higher court would be the US District Court.

5   2) The pro se plaintiff being refused to be able to obtain state documents through the subpoena process.

The pro se plaintiff requested a subpoena from multiple Baltimore County Circuit Court judges, and the chief judge of the Court of Special Appeals to obtain the stenotype notes from the original BCCC case

10  hearing presided by judge Stringer, because important testimony in favor of the pro se plaintiff was left out of the transcription. Even thought the notes are state owned, the pro se plaintiff was lied to and told that they are personal property of the court stenographer, Anthony Greaver, and the pro se plaintiff was denied the subpoena.

15  3) The rulings in the MD Court of Special Appeals could conflict with the US Federal District Court of Maryland's rulings.

Since the original Baltimore County Circuit Court case "Rosner vs Sessa, ET AL" and the Anne Arundel County Circuit Court/ US Federal District Court case "Rosner vs Judge Fader, ET AL" are so

20  closely related, there is the possibility that the two courts could make opposing rulings in the case.

*** **JURY HEARING AND/OR TRIAL IS DEMANDED**

**\*\*\* HEARING IS DEMANDED**

Signature: _____    Date: 7/27/2009

5   Printed name: MICHAEL ROSNER

        1207 Kingsbury Road

        Owings Mills, MD 21117

| MICHAEL ROSNER: PRO SE Plaintiff, <br> 1207 KINGSBURY ROAD <br> OWINGS MILLS, MD 21117 <br><br> Vs <br><br> HON. JUDGE JOHN FADER II, ETAL : Defendant <br><br> Individually and in Official Capacity <br> BALTIMORE COUNTY CIRCUIT COURT <br> 401 BOSLEY AVENUE <br> TOWSON, MD 21204 | IN THE UNITED STATES <br><br> DISTRICT COURT OF MARYLAND <br><br><br> Case Number **09-cv-1923** |
|---|---|
| "Et Al" Defendants: State of MD, Judge Robert M Bell, Judge John Turnbull II, Gordon Feinblatt Rothman Hoffberger & Hollander, LLC, Herbert Goldman, Sheila K. Sachs, Judge Pamela Lee North, Judge William C. Mulford II ||

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __27__ day of __July__, 200_9_, a copy of the foregoing documents:

| Date | Document | Pages |
|---|---|---|
| 07/27/2009 | PRO SE PLAINTIFF'S EMERGENCY MOTION TO MOVE MD COURT OF SPECIAL APPEALS COURT CASE #30 SEPT 2009 TO US FEDERAL DISTRICT COURT OF MD | 4 |

were mailed, first class, postage pre-paid, to:

***ALL DEFENDANTS ARE BEING SUED INDIVIDUALLY AND IN OFFICIAL CAPACITY**

| | |
|---|---|
| **HONORABLE CHIEF JUDGE ROBERT M. BELL** <br> COURT OF APPEALS <br> 361 ROWE BOULEVARD <br> ANNAPOLIS, MD 21401 | **STATE OF MARYLAND - MARTIN O'MALLEY** <br> STATE HOUSE <br> 100 STATE CIRCLE <br> ANNAPOLIS, MD 21401 |
| **HONORABLE JUDGE JOHN G. TURNBULL** <br> BALTIMORE COUNTY CIRCUIT COURT <br> 401 BOSLEY AVENUE <br> TOWSON, MD 21204 | **HONORABLE JUDGE JOHN F. FADER II** <br> BALTIMORE COUNTY CIRCUIT COURT <br> 401 BOSLEY AVENUE <br> TOWSON, MD 21204 |
| **CLERK OF THE COURT (NOTICE)** <br> BALTIMORE COUNTY CIRCUIT COURT <br> 401 BOSLEY AVENUE <br> TOWSON, MD 21204 | **RES. AGENT: HERBERT GOLDMAN** <br> GORDON, FEINBLATT, R, H, & H, LLC. <br> 233 E. REDWOOD STREET <br> BALTIMORE, MD 21202 |

|   |   |
|---|---|
| **ATTORNEY THOMAS J. SESSA** (NOTICE)<br>GORDON, FEINBLATT, R, H, & H, LLC.<br>233 E. REDWOOD STREET<br>BALTIMORE, MD 21202 | **ATTORNEY HERBERT GOLDMAN**<br>GORDON, FEINBLATT, R, H, & H, LLC.<br>233 E. REDWOOD STREET<br>BALTIMORE, MD 21202 |
| **ATTORNEY JERROLD THROPE** (NOTICE)<br>GORDON, FEINBLATT, R, H, & H, LLC.<br>233 E. REDWOOD STREET<br>BALTIMORE, MD 21202 | **ATTORNEY SHEILA K. SACHS**<br>GORDON, FEINBLATT, R, H, & H, LLC.<br>233 E. REDWOOD STREET<br>BALTIMORE, MD 21202 |
| **HONORABLE JUDGE PAMELA LEE NORTH**<br>ANNE ARUNDEL CIRCUIT COURT<br>7 CHURCH CIRCLE<br>ANNAPOLIS, MD 21401 | **HONORABLE JUDGE WILLIAM C. MULFORD II**<br>ANNE ARUNDEL CIRCUIT COURT<br>7 CHURCH CIRCLE<br>ANNAPOLIS, MD 21401 |
| **CLERK OF THE COURT** (NOTICE)<br>ANNE ARUNDEL CIRCUIT COURT<br>7 CHURCH CIRCLE<br>ANNAPOLIS, MD 21401 | CLERK OF THE COURT<br>**LESLIE D. GRADET**<br>COURT OF SPECIAL APPEALS<br>361 ROWE BOULEVARD<br>ANNAPOLIS, MD 21401 |

Signature: _[signature]_    Date: 7/27/2009

Printed name: MICHAEL ROSNER

1207 Kingsbury Road

Owings Mills, MD 21117

)

ORIGINAL COPY

MR 7/27/2009