IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL ROSNER | * | |
| Plaintiff, | | |
| v. | * | CIVIL ACTION NO. RDB-09-1923 |
| | | |
| HON. JUDGE JOHN FADER, II | * | |
| STATE OF MARYLAND | | |
| HONORABLE CHIEF JUDGE ROBERT | * | |
| M. BELL | | |
| HONORABLE JOHN G. TURNBELL | * | |
| GORDON FEINBLATT ROTHMAN | | |
| HOFFBERGER & HOLLANDER, LLC | * | |
| HERBERT GOLDMAN | | |
| SHEILA SACHS | * | |
| JUDGE PAMELA LEE NORTH | | |
| JUDGE WILLIAM C. MULFORD, II | * | |
| Defendants. | | |
| | *** | |

# **O R D E R**

In accordance with the foregoing Memorandum Opinion, it is this 29th day of July, 2009, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's Emergency Motion to Move (Paper No. 2) IS DENIED;

2. The Complaint IS DISMISSED without requiring service of process on Defendants;

3. The Clerk SHALL CLOSE this case;

4. The Clerk SHALL SEND a copy of this Order and the Memorandum Opinion to Plaintiff.

/s/
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE