USFED COURT
original

| MICHAEL ROSNER: PRO SE Plaintiff, | FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2009 JUL 29 P 2:56 CLERK'S OFFICE AT BALTIMORE BY_____ DEPUTY | IN THE UNITED STATES DISTRICT COURT OF MARYLAND |
| --- | --- | --- |
| 1207 KINGSBURY ROAD OWINGS MILLS, MD 21117 | | |
| Vs | | |
| HON. JUDGE JOHN FADER II, ETAL : Defendant | | Case Number 09-cv-1923 |
| Individually and in Official Capacity BALTIMORE COUNTY CIRCUIT COURT 401 BOSLEY AVENUE TOWSON, MD 21204 | | |
| "Et Al" Defendants: State of MD, Judge Robert M Bell, Judge John Turnbull II, Gordon Feinblatt Rothman Hoffberger & Hollander, LLC, Herbert Goldman, Sheila K. Sachs, Judge Pamela Lee North, Judge William C. Mulford II | | |

### NOTICE OF APPEAL

The pro se plaintiff is providing notice of appeal in this case # 09-cv-1923.

*** JURY HEARING AND/OR TRIAL IS DEMANDED

*** HEARING IS DEMANDED

Signature: _____   Date: 7/29/2009

Printed name: MICHAEL ROSNER
   1207 Kingsbury Road
   Owings Mills, MD 21117

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 JUL 29 P 2:56

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | |
|---|---|
| **MICHAEL ROSNER: PRO SE Plaintiff,**<br>1207 KINGSBURY ROAD<br>OWINGS MILLS, MD 21117<br><br>Vs<br><br>**HON. JUDGE JOHN FADER II, ETAL : Defendant**<br><br>Individually and in Official Capacity<br>BALTIMORE COUNTY CIRCUIT COURT<br>401 BOSLEY AVENUE<br>TOWSON, MD 21204 | IN THE UNITED STATES<br>DISTRICT COURT OF MARYLAND<br><br>Case Number **09-cv-1923** |
| "Et Al" Defendants: State of MD, Judge Robert M Bell, Judge John Turnbull II, Gordon Feinblatt Rothman Hoffberger & Hollander, LLC, Herbert Goldman, Sheila K. Sachs, Judge Pamela Lee North, Judge William C. Mulford II | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __29__ day of __JULY__, 200_9_, a copy of the foregoing documents:

| Date | Document | Pages |
|---|---|---|
| 07/29/2009 | NOTICE OF APPEAL | |

were mailed, first class, postage pre-paid, to:

***ALL DEFENDANTS ARE BEING SUED INDIVIDUALLY AND IN OFFICIAL CAPACITY**

**HONORABLE CHIEF JUDGE ROBERT M. BELL**
COURT OF APPEALS
361 ROWE BOULEVARD
ANNAPOLIS, MD 21401

**STATE OF MARYLAND - MARTIN O'MALLEY**
STATE HOUSE
100 STATE CIRCLE
ANNAPOLIS, MD 21401

**HONORABLE JUDGE JOHN G. TURNBULL**
BALTIMORE COUNTY CIRCUIT COURT
401 BOSLEY AVENUE
TOWSON, MD 21204

**HONORABLE JUDGE JOHN F. FADER II**
BALTIMORE COUNTY CIRCUIT COURT
401 BOSLEY AVENUE
TOWSON, MD 21204

**CLERK OF THE COURT** (NOTICE)
BALTIMORE COUNTY CIRCUIT COURT
401 BOSLEY AVENUE
TOWSON, MD 21204

**RES. AGENT: HERBERT GOLDMAN**
GORDON, FEINBLATT, R, H, & H, LLC.
233 E. REDWOOD STREET
BALTIMORE, MD 21202

| | |
|---|---|
| **ATTORNEY THOMAS J. SESSA** (NOTICE)<br>GORDON, FEINBLATT, R, H, & H, LLC.<br>233 E. REDWOOD STREET<br>BALTIMORE, MD 21202 | **ATTORNEY HERBERT GOLDMAN**<br>GORDON, FEINBLATT, R, H, & H, LLC.<br>233 E. REDWOOD STREET<br>BALTIMORE, MD 21202 |
| **ATTORNEY JERROLD THROPE** (NOTICE)<br>GORDON, FEINBLATT, R, H, & H, LLC.<br>233 E. REDWOOD STREET<br>BALTIMORE, MD 21202 | **ATTORNEY SHEILA K. SACHS**<br>GORDON, FEINBLATT, R, H, & H, LLC.<br>233 E. REDWOOD STREET<br>BALTIMORE, MD 21202 |
| **HONORABLE JUDGE PAMELA LEE NORTH**<br>ANNE ARUNDEL CIRCUIT COURT<br>7 CHURCH CIRCLE<br>ANNAPOLIS, MD 21401 | **HONORABLE JUDGE WILLIAM C. MULFORD II**<br>ANNE ARUNDEL CIRCUIT COURT<br>7 CHURCH CIRCLE<br>ANNAPOLIS, MD 21401 |
| **CLERK OF THE COURT** (NOTICE)<br>ANNE ARUNDEL CIRCUIT COURT<br>7 CHURCH CIRCLE<br>ANNAPOLIS, MD 21401 | |

Signature: _[signature]_   Date: 7/29/2009

Printed name: MICHAEL ROSNER

   1207 Kingsbury Road

   Owings Mills, MD 21117