Filed: August 3, 2009

```
UNITED STATES COURT OF APPEALS
     FOR THE FOURTH CIRCUIT
```

_____

No. 09-1857

(1:09-cv-01923-RDB)

_____

MICHAEL ROSNER,

        Plaintiff - Appellant

v.

JUDGE JOHN FADER, II, Individually and in his Official Capacity;
STATE OF MARYLAND; CHIEF JUDGE ROBERT BELL; JOHN G. TURNBELL;
GORDON FEINBLATT, R,H, & H, LLC, Res.Agent Herbert Goldman;
WILLIAM C. MULFORD, II; STATE OF MARYLAND-MARTIN O'MALLEY; JUDGE
PAMELA LEE NORTH; SHEILA K. SACHS, Gordon, Feinblatt, R,H, & H,
LLC; HERBERT GOLDMAN, Gordon, Feinblatt, R,H, & H, LLC,

        Defendants - Appellees

_____

NOTICE OF APPELLATE CASE OPENING

_____

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Court Case Number | 1:09-cv-01923-RDB |
| Date notice of appeal filed in originating court | 07/29/2009 |
| Appellant(s) | Michael Rosner |
| Appellate Case Number | 09-1857 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |

The above-captioned case has been opened in this Court.